UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSCH SOLAR ENERGY CORPORATION,<br><br>                              Plaintiff,<br><br>v.<br><br>TMAG INDUSTRIES, INC.,<br><br>                              Defendant. | Case No.: 22-cv-2008-H-BGS<br><br>**ORDER**<br><br>[ECF 4]<br><br>*Underlying action pending in the Northern District of California*:<br>Case No. 5:18-cv-5841-BLF |

Following the Court setting a briefing schedule on Bosch Solar Energy Corporation's Motion to Compel Production of Documents (ECF 1 (Motion); ECF 3 (Briefing Schedule), Bosch filed a Notice of Withdrawal that indicates TMAG Industries responded to the subpoena at issue on December 26, 2022. (ECF 4.) Bosch indicates Court intervention is no longer needed and requests the Court deny the Motion to Compel as moot, vacate all related deadlines, and dismiss the case without prejudice.

Based on the foregoing and having considered Bosch's request, the Motion to Compel is **DENIED as moot**, the briefing schedule is **VACATED**, and the case is **DISMISSED** without prejudice. The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated:  December 29, 2022

_____
Hon. Bernard G. Skomal
United States Magistrate Judge

1